IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00425-WYD-MEH

PTG NEVADA, LLC,

    Plaintiff,

v.

JOHN DOES 1-14,

    Defendants.

### MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 7, 2016.**

    Defendant John Doe # 5's Motion to Quash Subpoena [filed April 5, 2016; docket #18] is **denied** as duplicative of the previous motion filed March 28, 2016, on which the Court has already ruled. [*See* dockets ##14, 17.]